UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| LEWIS E. ALEXANDER, JR. | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | **JUDGMENT** | |
| | ) | 7:20-CV-66-FL | |
| STATE OF NORTH CAROLINA | ) | | |
| JUDICIAL STANDARDS COMMISSION, | ) | | |
| BRUNSWICK COUNTY NORTH | ) | | |
| CAROLINA, C. ASHLEY GORE, *District* | ) | | |
| *Judge,* DOUGLAS RUTTLAND, | ) | | |
| *Magistrate*, BONAPARTE BAREFOOT, | ) | | |
| *Arbitrator*, BRUNSWICK COUNTY | ) | | |
| SHERIFF'S DEPT., JOHN INGRAM | ) | | |
| *Sheriff*, NC DEPARTMENT OF | ) | | |
| INSURANCE, *Fire Marshalls Division*, | ) | | |
| and BRUNSWICK COUNTY BUILDING | ) | | |
| INSPECTIONS, | ) | | |
| Defendants. | ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which objection was filed and plaintiff's motion to compel.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2020, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on July 24, 2020, and Copies To:**
Lewis E. Alexander, Jr. (via U.S. Mail) P O Box 6791, Ocean Isle Beach, NC 28469

July 24, 2020                    PETER A. MOORE, JR., CLERK

                                 /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk